*[signature]*



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 18, 2012

---

NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: bk@nnbklaw.com
Attorneys for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**NICOLAS LARA**<br>**RITA LARA**<br><br>　　　　　Debtor(s). | Chapter 13 Proceedings<br>Case No. 12-11954-mkn<br><br>Date:　　4/06/2012<br>Time:　　3:15 p.m. |

**AMENDED**
**ORDER GRANTING MOTION TO VALUE COLLATERAL**
**(1805 BRADY AVENUE, LAS VEGAS, NV 89101)**

THIS MATTER having come on regularly for hearing on April 6, 2012, at 3:15 p.m., upon the Motion to Value Collateral (1805 BRADY AVENUE, LAS VEGAS, NV 89101) by Debtors, NICOLAS LARA and RITA LARA, by and through their attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and pursuant to notice duly given, no opposition having been filed by the Creditor or the Chapter 13 Trustee, and the Court having considered the matter, reviewed the file herein and being otherwise fully advised in the premises, the Court

**FINDS** that good cause exists for the granting of said Motion to Value Collateral.

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Debtors' Motion To
2  Value Collateral is granted.
3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that holder of the first
4  deed of trust, CITIMORTGAGE INC.'s, claim for the real property located at 1805 Brady
5  Avenue., Las Vegas, NV 89101, shall be deemed to be the fair market value of $46,000.00
6  to be paid through Debtor's Chapter 13 Plan with interest to be determined at confirmation;
7  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that CITIMORTGAGE
8  INC. shall be allowed to file a general unsecured claim for the balance of its claim if a
9  timely claim is filed.
10  **IT IS SO ORDERED.**
11  Submitted by:
12  NEWARK & NEWARK LAW FIRM

14  By: _____
     NARRAH F. NEWARK, ESQ.
15   Nevada Bar #008201
     201 Las Vegas Blvd., S., #350
     Las Vegas, NV 89101
16   Attorneys for Debtor(s)

17  Approved as to form and content:
18  CHAPTER 13 TRUSTEE

20  By: ___See attached L.R. 9021___

21                              ###

2

## LR 9021 Certification

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

1.
2.
3.

[X] I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.