KATHLEEN A. LEAVITT  E-File
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
(702) 853-0700

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

|  |  |
|---|---|
| IN RE:<br><br>NICOLAS LARA<br>RITA LARA<br><br><br>Debtor(s). | Chapter 13<br>BKS-12-11954-MKN<br><br>MOTION TO DISMISS<br><br>MOTION TO DISMISS<br>Hearing Date: March 21, 2013<br>Hearing Time:  2:00 pm |

Attorney for Debtor: NEWARK & NEWARK LAW FIRM

   Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

   1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on February 23, 2012.
   2. Chapter 13 Plan was confirmed by the Court on 06/14/2012.
   3. Balance on hand at the time of filing this motion is $1,276.80.
   4. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:
    (c)  For cause,
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

   • Failure to turn over tax refunds (year):  For the 2011 non-exempt portion in the amount of $2427.

   WHEREFORE, the Chapter 13 Trustee prays the Court issue an Order dismissing Debtor's case for the reasons as stated above.

DATE: 1/25/2013                                       /s/ KATHLEEN A LEAVITT
KA                                                    Kathleen A. Leavitt
                                                      CHAPTER 13 BANKRUPTCY